1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

_____FILED    _____ENTERED
_____LODGED_____RECEIVED

DEC  8 2009    **DJ**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT O, WASHINGTON
DEPUI,

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

No. **CV9 1741**

J. ALBERT & SON (USA); JAMES
PATRICK PAGE (a/k/a Jimmy Page);
ROBERT PLANT; and JOHN BALDWIN
(a/k/a John Paul Jones),

        Plaintiff,

    v.

BOOMER, INC. and GREGORY A.
PERZELL,

        Defendants.

COMPLAINT



**09-CV-01741-CMP**

Plaintiffs, complaining of the Defendants, by PERKINS COIE LLP, their attorneys, allege:

1.     This is a suit for copyright infringement under Title 17, U.S.C. Jurisdiction of this Court is based upon 28 U.S.C. § 1338(a).

2.     Plaintiffs allege eight (8) causes of action for copyright infringement based on the Defendants' public performances of copyrighted musical compositions. SCHEDULE A annexed to the Complaint sets forth in summary form the allegations hereinafter made with respect to the Plaintiffs, their copyrighted musical compositions, and Defendants' acts of infringement.

3.     Plaintiffs named in Column 2 (all references to columns are to columns in SCHEDULE A) are the owners of the copyrights in the works listed in Column 3, and are properly joined in this complaint under Fed. R. Civ. P. 20.

4.     Defendant Boomer, Inc. is a Washington corporation which did at the times hereinafter mentioned and still does own, control, manage, operate and maintain a place of business

COMPLAINT – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

ORIGINAL

00031-0028/LEGAL17380937.1

for public entertainment, accommodation, amusement and refreshment known as Lakepointe, located at 18018 61st Avenue, in Kenmore, in the State of Washington.

5.    Upon information and belief, Defendant Gregory A. Perzell is a resident of this District and, at all times hereinafter mentioned was and still is officer of Defendant Boomer, Inc., with primary responsibility for the control, management, operation and maintenance of the affairs of said corporation. The acts hereinafter complained of were done with his active assistance, co-operation, acquiescence and procurement, and he derives financial benefit therefrom.

6.    Musical compositions were and are publicly performed at said place of business.

7.    The original musical compositions listed in Column 3 were created and written by the persons named in Column 4.

8.    The compositions named in causes of action 1 through 7 were published on the dates stated in Column 5, and since the dates of publication have been printed and published in strict conformity with Title 17, U.S.C.

9.    The composition named in cause of action 8 was registered as an unpublished composition on the date stated in Column 5.

10.    The Plaintiffs named in each cause of action, including their predecessors in interest, if any, complied in all respects with Title 17, U.S.C., and secured the exclusive rights and privileges in and to the copyright of each composition listed in Column 3, and received from the Register of Copyrights a Certificate of Registration, identified as set forth in Column 6.

11.    The composition ROCK AND ROLL for which there are entries in Columns 7 and 8 is now in the renewal term of copyright, secured by due filing of an application for renewal of copyright in the office of the Register of Copyrights. The Register of Copyrights thereupon issued a Certificate of Registration of the claim to the renewal of copyright in the name of those claimant listed in Column 7. The date and identification number of such certificates are set forth in Column 8.

COMPLAINT – 2

00031-0028/LEGAL17380937.1

12. Defendants on the dates specified in Column 9, and upon information and belief, at other times prior and subsequent thereto, infringed the copyright in each composition named in Column 3 by giving public performances of the compositions on Defendants' premises, for the entertainment and amusement of the patrons attending said premises, and Defendants threaten to continue such infringing performances.

13. The performances of the Plaintiffs' copyrighted musical compositions on the dates specified in Column 9 on Defendants' premises were unauthorized: neither Defendants, nor any of the Defendants' agents, servants or employees, nor any performer was licensed by, or otherwise received permission from any Plaintiff or any agent, servant or employee of any Plaintiff to give such performances.

14. In undertaking the conduct complained of in this action, Defendants knowingly and intentionally violated Plaintiffs' rights. Defendants' knowledge and intent are established by the following facts:

(a) Defendants have not sought or obtained a license agreement from Plaintiffs or the American Society of Composers, Authors and Publishers (ASCAP), a performing rights licensing organization of which all Plaintiffs are members.

(b) Despite numerous letters and other contacts by ASCAP representatives in-forming the Defendants of their liability under the United States Copyright Law, Defendants have continued to perform copyrighted music without permission during the hours that Defendants' establishment is open to the public for business and presenting musical entertainment.

(c) The many unauthorized performances at Lakepointe include the performances of the eight copyrighted musical compositions upon which this action is based.

15. At the times of the acts of infringement complained of, the Plaintiff named in each cause of action was the owner of the copyright in the composition therein named.

16. The said wrongful acts of the Defendants have caused and are causing great injury to the Plaintiffs, which damage cannot be accurately computed, and unless this Court restrains the

COMPLAINT – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

00031-0028/LEGAL17380937.1

Defendants from the further commission of said acts, said Plaintiffs will suffer irreparable injury, for all of which the said Plaintiffs are without any adequate remedy at law.

WHEREFORE, Plaintiffs pray:

A.    That Defendants and all persons acting under the direction, control, permission or authority of Defendants be enjoined and restrained permanently from publicly performing the aforementioned compositions or any of them and from causing or permitting the said compositions to be publicly performed in Defendants' said premises, or in any place owned, controlled or conducted by Defendants, and from aiding or abetting the public performance of such compositions in any such place or otherwise.

B.    That Defendants be decreed to pay such statutory damages as to the Court shall appear just, as specified in 17 U.S.C. § 504(c)(1), namely, not more than Thirty Thousand Dollars ($30,000) nor less than Seven Hundred And Fifty Dollars ($750) in each cause of action herein.

C.    That Defendants be decreed to pay the costs of this action and that a reasonable attorney's fee be allowed as part of the costs.

D.    For such other and further relief as may be just and equitable.

DATED:  December 8, 2009

PERKINS COIE LLP

By: _____
Harry H. Schneider, Jr., WSBA No. 9404
HSchneider@perkinscoie.com
Angela R. Martinez, WSBA No. 38326
AMartinez@perkinscoie.com

Attorneys for Plaintiffs
J. Albert & Son USA; James Patrick Page
(a/k/a Jimmy Page); Robert Plant, and John
Baldwin (a/k/a John Paul Jones)

COMPLAINT – 4

00031-0028/LEGAL17380937.1

| Columns | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Renewal | Renewal Certificate Date and Number | Date of Known Infringement |
| 1. | | J. ALBERT & SON (USA) INC. | THUNDERSTRUCK | ANGUS YOUNG, MALCOLM YOUNG | 9/6/90 | PA 494-632 | | | 1/5/08 |
| 2. | | J. ALBERT & SON (USA) INC. | LET ME PUT MY LOVE INTO YOU | ANGUS YOUNG MALCOLM YOUNG BRIAN JOHNSON | CONTAINED IN ALBUM "AC/DC - BACK IN BLACK" 7/25/80 | PA 77-985 | | | 1/5/08 |
| 3. | | J. ALBERT & SON (USA) INC. | MONEY TALKS | ANGUS YOUNG MALCOLM YOUNG | 9/6/90 | PA 494-633 | | | 1/5/08 |
| 4. | | J. ALBERT & SON (USA) INC. | HIGHWAY TO HELL | BON SCOTT MALCOLM YOUNG ANGUS YOUNG | 8/2/79 | PA 46-197 | | | 1/5/08 |
| 5. | | J. ALBERT & SON (USA) INC. | SHOOT TO THRILL | ANGUS YOUNG MALCOLM YOUNG BRIAN JOHNSON | CONTAINED IN ALBUM "AC/DC - BACK IN BLACK" 7/25/80 | PA 77-985 | | | 1/5/08 |
| 6. | | J. ALBERT & SON (USA) INC. | HELLS BELLS | ANGUS YOUNG MALCOLM YOUNG BRIAN JOHNSON | CONTAINED IN ALBUM "AC/DC - BACK IN BLACK" 7/25/80 | PA 77-985 | | | 1/5/08 |
| 7. | | J. ALBERT & SON (USA) INC. | BACK IN BLACK | ANGUS YOUNG MALCOLM YOUNG BRIAN JOHNSON | CONTAINED IN ALBUM "AC/DC - BACK IN BLACK" 7/25/80 | PA 77-985 | | | 1/5/08 |

SCHEDULE "A"

| Columns 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Renewal | Renewal Certificate Date and Number | Date of Known Infringement |
| 8. | JAMES PATRICK PAGE (AKA JIMMY PAGE), ROBERT PLANT, JOHN BALDWIN (AKA JOHN PAUL JONES) | ROCK AND ROLL | JIMMY PAGE, ROBERT PLANT, JOHN PAUL JONES, JOHN BONHAM | 1/20/72 | REGISTERED AS UNPUBLISHED EU 301-135 | JAMES PATRICK PAGE (AKA JIMMY PAGE) "AUTHOR," ROBERT PLANT "AUTHOR" JOHN PAUL JONES "AUTHOR" PATRICIA BONHAM "WIDOW OF DECEASED AUTHOR, JOHN BONHAM" JASON BONHAM AND ZOE BONHAM, "CHILDREN OF DECEASED AUTHOR, JOHN BONHAM" | RE 820-341 | 1/6/08 |

SCHEDULE "A"